

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00220-CV

| | | |
|---|---|---|
| TELSMITH, INC., Appellant | § | On Appeal from the 355th District Court |
| V. | § | of Hood County (C2019019) |
| 37 BUILDING PRODUCTS, LTD., Appellee | § | February 13, 2020 |
| | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Telsmith, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
    Justice Wade Birdwell